**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| **Chris Herring Photography LLC**; and **Chris Herring**,<br><br>                 Plaintiffs,<br>   v.<br><br>**Mark R. Herring**, in his capacity as Virginia Attorney General; and **R. Thomas Payne, II**, in his capacity as Director of the Virginia Division of Human Rights and Fair Housing,<br><br>               Defendants. | Case No. 2:20-cv-00353<br><br>**Notice of Errata for Complaint in Attorney Signature Blocks** |

On June 30, 2020, Plaintiffs filed a lawsuit in this Court in the above-referenced matter. The Complaint was filed in error without Plaintiffs' signed Declaration page. *See* ECF No. 1. Attached to this Notice of Errata is a copy of the signed Declaration page.

In addition, there were errors in the signature blocks of the remaining documents regarding the updated law firm name for Steve C. Taylor and the addition of L. Carter Budwell. The correct information is as follows:

| | |
|---|---|
| Steve C. Taylor<br>Virginia Bar No. 31174<br>**The Alliance Legal Group, PLLC**<br>133 Mount Pleasant Road<br>Chesapeake, VA 23322<br>(757) 482-5705<br>(757) 546-9535 (facsimile)<br>stevetaylor@call54legal.com | L. Carter Budwell<br>Virginia Bar No. 90593<br>**The Alliance Legal Group, PLLC**<br>133 Mount Pleasant Road<br>Chesapeake, VA 23322<br>(757) 455-9590<br>(757) 455-9591 (facsimile)<br>carter@call54legal.com |

Respectfully submitted this 1st day of July, 2020.

By: *s/ Steve C. Taylor*

| | |
|---|---|
| Jonathan A. Scruggs<br>Arizona Bar No. 030505*<br>**Alliance Defending Freedom**<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>(480) 444-0020<br>(480) 444-0028 (facsimile)<br>jscruggs@ADFlegal.org | Steve C. Taylor<br>Virginia Bar No. 31174<br>**The Alliance Legal Group, PLLC**<br>133 Mount Pleasant Road<br>Chesapeake VA 23322<br>(757) 482-5705<br>(757) 546-9535 (facsimile)<br>stevetaylor@call54legal.com |
| David A. Cortman<br>Georgia Bar No. 188810*<br>**Alliance Defending Freedom**<br>1000 Hurricane Shoals Rd. NE<br>Ste. D-1100<br>Lawrenceville, GA 30043<br>(770) 339-0774<br>(770) 339-6744 (facsimile)<br>dcortman@ADFlegal.org | L. Carter Budwell<br>Virginia Bar No. 90593<br>**The Alliance Legal Group, PLLC**<br>133 Mount Pleasant Road<br>Chesapeake VA 23322<br>(757) 455-9590<br>(757) 455-9591 (facsimile)<br>carter@call54legal.com |
| Johannes S. Widmalm-Delphonse<br>Minnesota Bar No. 396303*<br>**Alliance Defending Freedom**<br>20116 Ashbrook Place, Suite 258<br>Ashburn, VA 20147<br>(571) 707-4655<br>(571) 707-4656 (facsimile)<br>jwidmalmdelphonse@ADFlegal.org | |

ATTORNEYS FOR PLAINTIFFS

*Admission for *Pro Hac Vice* pending

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of July, 2020, I electronically filed the foregoing paper with the Clerk of Court using the ECF system, and I hereby certify that the foregoing paper will be served via private process server with the Summons and Complaint to the participants:

| | |
|---|---|
| Mark R. Herring, Attorney General<br>Commonwealth of Virginia<br>Office of the Attorney General<br>202 North Ninth Street<br>Richmond, VA 23219 | R. Thomas Payne, II, Director<br>Civil Rights Unit/SAAG Fair Housing<br>Division of Human Rights and Fair Housing<br>Office of the Attorney General<br>202 North Ninth Street<br>Richmond, VA 23219 |

*s/ Steve C. Taylor*
Steve C. Taylor
*Attorney for Plaintiffs*