UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| **Chris Herring Photography LLC**; and **Chris Herring**,<br><br>              Plaintiffs,<br>   v.<br><br>**Mark R. Herring**, in his official capacity as Virginia Attorney General; and **R. Thomas Payne, II**, in his official capacity as Director of the Virginia Division of Human Rights and Fair Housing,<br><br>              Defendants. | Case No. 3:20-CV-00353<br><br>**Plaintiffs' Notice of Dismissal** |

## Plaintiffs' Notice of Voluntary Dismissal

Plaintiffs Chris Herring Photography LLC and Chris Herring, by and through counsel, voluntarily dismiss all claims against Defendants without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1

Respectfully submitted this 28th day of September 2020.

By: *s/ Steve C. Taylor*

| | |
|---|---|
| Jonathan A. Scruggs | Steve C. Taylor |
| Arizona Bar No. 030505* | Virginia Bar No. 31174 |
| **Alliance Defending Freedom** | **The Alliance Legal Group, PLLC** |
| 15100 N. 90th Street | 133 Mount Pleasant Road |
| Scottsdale, AZ 85260 | Chesapeake VA 23322 |
| (480) 444-0020 | (757) 482-5705 |
| (480) 444-0028 (facsimile) | (757) 546-9535 (facsimile) |
| jscruggs@ADFlegal.org | stevetaylor@call54legal.com |
| | |
| David A. Cortman | L. Carter Budwell |
| Georgia Bar No. 188810* | Virginia Bar No. 90593 |
| **Alliance Defending Freedom** | **The Alliance Legal Group, PLLC** |
| 1000 Hurricane Shoals Rd. NE | 133 Mount Pleasant Road |
| Ste. D-1100 | Chesapeake, VA 23322 |
| Lawrenceville, GA 30043 | (757) 455-9590 |
| (770) 339-0774 | (757) 455-9591 (facsimile) |
| (770) 339-6744 (facsimile) | carter@call54legal.com |
| dcortman@ADFlegal.org | |

Johannes S. Widmalm-Delphonse
Minnesota Bar No. 396303*
**Alliance Defending Freedom**
20116 Ashbrook Place, Suite 258
Ashburn, VA 20147
(571) 707-4655
(571) 707-4656 (facsimile)
jwidmalmdelphonse@ADFlegal.org

ATTORNEYS FOR PLAINTIFFS

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 28th day of September 2020, I electronically filed the foregoing paper with the Clerk of Court using the ECF system, which will provide electronic copies to counsel of record.

                                              *s/ Steve C. Taylor*
                                              Steve C. Taylor
                                              *Attorney for Plaintiffs*